ELSIE J. HASSALL, Respondent, *v.* CHRISTOPHER J. MOORE et al., Appellants.

(Argued May 31, 1932; decided June 7, 1932.)

*Philip Scharf* for motion.
*Martin Conboy* opposed.
Motion denied, with ten dollars costs.